# JACOB SINGER & ASSOCIATES

1357 BROADWAY, PMB 418
NEW YORK, NY 10018
Tel.: (212) 760-2300
Fax: (212) 760-0188

## AGENCY AFFIDAVIT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MIRIAM MOSKOWITZ

VS.                                                                    INDEX# 16CV67777

AMERICAN EXPRESS

---

State of New York, County of New York, SS:

**JACK JOHNSON**, being duly sworn deposes and says that deponent is over the age of eighteen years, is not a party to this action, and is a resident of New York State.

On **DECEMBER 12/2016 AT 12:02P.M.** at: **C/O CT CORP**
**111 EIGHTH AVE.**
**NEW YORK, N.Y.**
Deponent served the annexed:

**SUMMONS IN A CIVIL ACTION:**
**COMPLAINT FOR VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT**

on **AMERICAN EXPRESS** by delivering thereat a true copy to **NORA DINDYAL (SR. INTAKE SPECIALIST)** personally; who at the time of service advised deponent that he/she was authorized to accept service of process on behalf of AMERICAN EXPRESS.

Deponent describes the individual served as follows:
SEX/RACE (skin color): FEMALE/ BROWN
HAIR COLOR/ APPROXIMATE AGE; BLACK/ 45-50 YRS.
APPROXIMATE HEIGHT/ APP. WEIGHT: 5'2"/120 LBS.

1286/PS12.16 -47

_Jack Johnson_
JACK JOHNSON
#2037237

SWORN TO BEFORE ME ON December 12, 2016

_Julius D. Ringelheim_

JULIUS D. RINGELHEIM
NOTARY PUBLIC STATE OF NEW YORK
NO. 01RI4887696
QUALIFIED IN QUEENS COUNTY
COMM. EXP. 03/23/2019