EDWARD B. GELLER, ESQ., P.C.
15 Landing Way
Bronx, New York 10464
Tel: (914)473-6783

February 23, 2017

Hon. Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn,  New York


Re: Case No. 1:16-cv-06777
    Moskowitz v. American Express

Dear Judge Pollak:

I represent Plaintiff Miriam Moskowitz in the above matter.

I am writing to advise the Court that this matter has been
settled.   The parties are preparing a Settlement Agreement
and Release and request that the Court issue a 60 day order
to allow time for execution of the Agreement and payment
according to the terms thereof.

Thank you for the Court's consideration and attention to this
matter.




Very truly yours,

Edward B. Geller
EBG/pw