**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------x

MIRIAM MOSKOWITZ,

           Plaintiff,

           v.

AMERICAN EXPRESS,

           Defendant.

------------------------------------------------------x

Case No. 1:16-cv-006777

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Miriam Moskowitz and her counsel hereby give notice that she voluntarily dismisses her claim against the Defendant with prejudice, with each side to bear its own fees and costs.

Dated: April 25, 2017

Edward B. Geller, Esq., P.C. by

_____

Edward B. Geller, Esq.

Attorney for Plaintiff